UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DARRYL PARKER                                CIVIL ACTION

VERSUS                                       NUMBER: 08-4419
                                             c/w     08-4422

THOMAS J. BUTLER, ET AL.                     SECTION: "S"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's complaint, insofar as it can be construed as a request for habeas corpus relief, is dismissed without prejudice for failure to exhaust available state court remedies.

**IT IS FURTHER ORDERED** that plaintiff's §1983 claims are dismissed with prejudice under 28 U.S.C. §1915(e)(2)(B)(i).

New Orleans, Louisiana, this 3rd day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE